USDC SCAN INDEX SHEET

















```
TKL    12/2/05    8:55
3:04-CV-00460    AGNEY V. MAYTAG CORPORATION
*60*
*NTCSTLMT.*
```

HOLLAND & KNIGHT LLP
  Mark S. Shipow (State Bar # 91134)
  Shelley G. Hurwitz (State Bar #217566)
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

HOLLAND & KNIGHT LLP
  Christopher W. Angius (admitted *pro hac vice*)
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone (503) 243-2300
Facsimile (503) 241-8014

Attorneys for Defendants
MAYTAG CORPORATION and
HOME DEPOT U.S.A., INC.

FILED
05 DEC -1 PM 3:52
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. AGNEY; KELLY E. AGNEY; and RUTH ANN CARR as Guardian ad Litem for DEANNA AGNEY,<br><br>Plaintiffs<br><br>v.<br><br>MAYTAG CORPORATION, a corporation; HOME DEPOT U.S.A., INC., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 04 CV 00460 JM (WMC).<br><br>**NOTICE OF SETTLEMENT** |

**BY FAX**

---

**NOTICE OF SETTLEMENT**

TO THIS HONORABLE COURT:

1. Following a mediation on November 29, 2005, the parties entered into an agreement to settle this matter.

2. The parties are in the process of preparing and executing a written Settlement Agreement.

3. Following the execution of the written Settlement Agreement, plaintiff will file with the Court a Petition for Minor's Compromise.

4. The dates currently scheduled on the Court's calendar in connection with this matter are as follows:

| | |
|---|---|
| December 16, 2005: | Pretrial Conference |
| January 3, 2006: | Daubert Hearing |
| January 4, 2006: | Trial |

Date: November 30, 2005

HOLLAND & KNIGHT

By: _____
Shelley G. Hurwitz
Attorneys for Defendants
MAYTAG CORPORATION and
HOME DEPOT U.S.A., INC.

# 3417833_v1

1
**NOTICE OF SETTLEMENT**

**Deborah A. Agney, et al. vs. Maytag Corporation, et al.**
USDC, Southern District of California, Case No. 04CV00460 JM (WMC)

## PROOF OF SERVICE

State of California     )
                        ) ss.
County of Los Angeles   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. 5th St., Suite 2100, Los Angeles, California 90071.

On **November 30, 2005**, I served the document described as **NOTICE OF SETTLEMENT** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

> James F. Ryan
> Attorney at Law
> 8667 Via Mallorca, Suite 72
> La Jolla, CA 92037
> **(858) 455-6898** – Tel. and Fax No.

**X    By Mail**

Following ordinary business practices, I placed the document for collection and mailing at the offices of HOLLAND & KNIGHT, LLP 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

(Federal)    I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **November 30, 2005**, at Los Angeles, California.

_____
Gloria Hoshiko